**SO ORDERED.**

**SIGNED this 20 day of June, 2011.**



*Dale L. Somers*
**Dale L. Somers**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| In Re: | )|
| | )|
| Lori A. Winter, *Debtor(s)* | )|
| | ) Case No. 07-21355-dls |
| U.S. Bank NA, successor by merger to the Leader Mortgage Company, by US Bank Home Mortgage, loan servicing agent for *Creditor* | ) Chapter: 13 |
| vs. | )|
| Lori A. Winter, *Debtor(s)* | )|
| and | )|
| William H. Griffin, *Trustee* | )|

### ORDER GRANTING RELIEF FROM STAY
### AFTER DEFAULT OF CONDITIONAL ORDER

**THIS MATTER** comes on for consideration upon the Notice of U.S. Bank NA, successor by merger to the Leader Mortgage Company by US Bank Home Mortgage, its successors or assigns ("Creditor"), for its Notice of Default of Conditional Order for Relief. Notice with Opportunity of Hearing on this matter was properly given, no timely objections were filed, and no hearing was held on the matter. The Court makes the following findings:

File No. 48260
Case No: 07-21355-dls

United States Bankruptcy Court
District of Kansas
In re: US Bank Home Mortgage v. Lori A. Winter
Case No. 07-21355-dls
Chapter 13
Order Granting Relief From Stay
Page 2

1. The parties entered into a Conditional Order Granting Relief from the Automatic Stay with Curative Provisions on May 15, 2008, which required Debtor(s) to make certain payments in addition to the regular ongoing mortgage payment.

2. Debtor(s) failed to comply with the terms of the Conditional Order and are in default thereof.

3. Cause exists pursuant to 11 U.S.C §362(d) to lift the Automatic Stay

**IT IS THEREFORE BY THE COURT ORDERED** that Creditor, its successors or assigns, is granted relief from the automatic stay imposed under 11 U.S.C. §362 to foreclose the lien of its mortgage as to the real property legally described as

**The West 55 feet of Lot 4 on West Twelfth Street, in GREEN VALLEY SUBDIVISION, an addition to the City of Topeka, Shawnee County, Kansas,** commonly known as 3126 S.W. 12th Street , Topeka, KS  66604, (the "Property")

and after the sale, to pursue any other remedies the purchaser may have pursuant to the terms of the promissory note and mortgage, including enforcing rights to possession of the premises under the terms of the promissory note and mortgage in accordance with applicable non-bankruptcy state law.

**IT IS THEREFORE BY THE COURT ORDERED** that the secured claim of Creditor, claim number 3, is disallowed as a claim herein, without prejudice to any funds which may have been paid prior to stay modification.

**IT IS SO ORDERED.**

###

File No. 48260
Case No: 07-21355-dls

United States Bankruptcy Court
District of Kansas
In re: US Bank Home Mortgage v. Lori A. Winter
Case No. 07-21355-dls
Chapter 13
Order Granting Relief From Stay
Page 3


SOUTH & ASSOCIATES, P.C.
 _s/ Ashley B. Osborn_
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311MO; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**


 _s/ WILLIAM H. GRIFFIN_
William H. Griffin
6330 Lamar, Ste 110
Overland Park, KS 66202-4286
**TRUSTEE**


File No. 48260
Case No: 07-21355-dls